MARJAN HAJIMIRZAEE
Nevada Bar No.11984
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHELLY PAGE,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>WAL-MART STORES, INC., d/b/a WAL-MART SUPERCENTER #3728; DOES I though X and ROES CORPORATIONS I through X, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:13-cv-00636-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//

//

//

//

//

//

//

- 1 -

party's own costs and attorney's fees.

DATED this 9 day of Dec, 2013.        DATED this 12 day of December, 2013.

**PERSONAL INJURY OF NEVADA**           **PHILLIPS, SPALLAS & ANGSTADT**

_____                _____
Farhan R. Naqvi, Esq.                    Marjan Hajimirzaee, Esq.
9500 West Flamingo Road, Suite 104       504 South Ninth Street
Las Vegas, Nevada 89147                  Las Vegas, Nevada 89101

*Attorneys for Plaintiff*                *Attorneys for Defendant*
                                         *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED December 18, 2013.

_____
UNITED STATES DISTRICT JUDGE